**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

SALIF DIA,                                    )
                                              )
                    Petitioner,               )
                                              )
                                              )
          v.                                  )        Civil A. No. 3:26-802
                                              )        Judge Nora Barry Fischer
SECRETARY MARKWAYNE MULLIN,    )
et al.,                                       )
                                              )
                    Respondents.              )

**ORDER OF COURT**

AND NOW, this 12th day of May, 2026, upon consideration of the Motion to Withdraw

Petition filed by Petitioner Salif Dia, (Docket No. 7),

IT IS HEREBY ORDERED that said Motion [7] is GRANTED;

IT IS FURTHER ORDERED that, at the request of Petitioner, the Petition for Writ of

Habeas Corpus and Complaint for Injunctive and Declaratory Relief [1] is DISMISSED, without

prejudice; and,

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case CLOSED.

                              BY THE COURT:

                              *s/Nora Barry Fischer*
                              Nora Barry Fischer
                              Senior U.S. District Judge

cc/ecf: counsel of record